UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

   Sandra Morgan Smith                       Case No. 10-42934-PJS
                                                  Honorable Phillip J. Shefferly
_____/     Chapter 7

NOTICE OF DIVIDENDS UNDER $5

TO THE CLERK OF THE COURT:

      The enclosed check in the amount of $2.51 represents the total sum of dividends under $5 in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The creditor name and claim number is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Landmark Accounts, Inc. | 1 | $ 2.51 |

Date: January 4, 2011                            /s/   Homer W. McClarty
                                                                  Homer W. McClarty, Trustee (P26670)
                                                                   24400 Northwestern Highway
                                                                   Suite 204
                                                                   Southfield, MI 48075
                                                                   (248) 352-7686
                                                                   trustee@morganmcclarty.com